IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                             4:06-CR-00061-BRW

TERRY LEE WARD

## **ORDER**

Pending are Defendant's Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 210) and Motion for Copies (Doc. No. 211).

Defendant's Motion for Copies, which requests the video exhibit from his trial, a transcript of the video, etc., is DENIED. The Motion for Leave to Proceed *In Forma Pauperis* is MOOT.

IT IS SO ORDERED this 6th day of May, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE