IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.  4:06-CR-00061-BRW
 4:13-CV-00428-BRW

TERRY LEE WARD

## JUDGMENT

Based on the Order entered today, this CASE is DISMISSED with prejudice.

IT IS SO ORDERED this 30th day of July, 2013.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE